# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES JOHNSON                                                                      PLAINTIFF

v.                                        No. 3:19-cv-271-DPM

OLLIE COLLANS, Chief, Osceola Police
Department; BILL FOSTER, Jail
Administrator, Osceola; RONNIE WILLIAM,
C.I.D., Security for O.H.A. Housing, Osceola
Police Department; BOBBY MARTINAZ,
Patrol Officer, Osceola Police Department;
and MARVEL CARR, School Security,
Osceola Police Department                                                         DEFENDANTS

## ORDER

Motion for copies, № 6, granted. The Court directs the Clerk to send Johnson a copy of his complaint and its attachments. № 2.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2019