# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES JOHNSON                                                          PLAINTIFF

v.                              No. 3:19-cv-271-DPM

OLLIE COLLANS, Chief, Osceola Police
Department; BILL FOSTER, Jail
Administrator, Osceola; RONNIE WILLIAM,
C.I.D., Security for O.H.A. Housing, Osceola
Police Department; BOBBY MOREIRA,
Patrol Officer, Osceola Police Department;
and MARVEL CARR, School Security,
Osceola Police Department                                             DEFENDANTS

## ORDER

Motion to correct name, № 9, granted. The Court directs the Clerk to change defendant Bobby Martinaz's name to Bobby Moreira on the docket. Otherwise, this case must remain on hold pending the final disposition of Johnson's state criminal case.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2019